| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodwin, Joseph R. | US District Court, Southern WV | 05/06/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge\Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address 300 Virginia Street E Room 7009 PO Box 2546 Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 9 A 9: 51 RECEIVED FINANCIAL DISCLOSURE OFFICE

Goodwin_Joseph_R

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Office of the Secretary, Education, State of West Virginia, Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DWS Inte. Tax/AMT Free Fund--Former Scudder Mt Tax Free Fund | B | Interest | K | T | Redeemed (part) | 02/08 | J | | |
| 2. | A | Distribution | | | Redeemed (part) | 03/11 | J | | |
| 3. Charles Schwab Investment Account | | | | | | | | | |
| 4. --Charles Schwab Cash Account/ Money Funds | A | Int./Div. | J | T | | | | | |
| 5. --Common Stock United Bankshares | B | Dividend | | | Sold (part) | 05/01 | K | E | |
| 6. | | | | | Sold | 09/19 | K | E | |
| 7. --Lowes Companies, Inc., Common Stock | A | Int./Div. | | | Sold | 03/03 | J | A | |
| 8. --Dodge & Cox Mutual Stock Fund | D | Distribution | | | Sold (part) | 10/07 | L | A | |
| 9. | | | | | Sold | 10/09 | L | A | |
| 10. --SchwabTax-Free | B | Int./Div. | | | Buy | 03/06 | J | | |
| 11. | | | | | Sold | 09/18 | L | A | |
| 12. --Intel Corp | A | Dividend | | | Buy | 01/16 | J | | |
| 13. | | | | | Sold | 03/14 | J | A | |
| 14. --Microsoft Corp | A | Dividend | J | T | Buy | 07/23 | J | | |
| 15. --Advanced Micro Devices | | None | J | T | Buy | 11/13 | J | | |
| 16. | | | | | Buy (add'l) | 11/17 | J | | |
| 17. | | | | | Buy (add'l) | 11/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Reeal Estate #2, Ripley, WV 1/2 Undivided Interest | D | Rent | K | W | | | | | |
| 19. Reasl Estate #5, Ripley, WV | | None | J | W | | | | | |
| 20. 1/4 Min Int Grant & Mineral Co., WV (Y) | | | | | Donated | | | | |
| 21. Charles Schwab IRA Account No. 1 | | | | | | | | | |
| 22. --Charles Schwab Money Fund | A | Interest | J | T | | | | | |
| 23. --Rainier Small;Mid Cap Equity Portfolio | C | Dividend | J | T | Sold (part) | 03/03 | J | A | |
| 24. | | | | | Sold (part) | 03/05 | J | A | |
| 25. --UMB Scout Intl Fund | | None | J | T | Buy | 03/05 | J | | |
| 26. | | | | | Buy (add'l) | 03/07 | J | | |
| 27. Trust #1 (Y) | | | | | Donated | | | | |
| 28. --Royalty Interest #1, Nicholas County, WV | | | | | | | | | |
| 29. --Royalty Interest #2, Nicholas County, WV | | | | | | | | | |
| 30. --Royalty Interest #3, Nicholas County, WV | | | | | | | | | |
| 31. --Royalty Interest #4, Nicholas County, WV | | | | | | | | | |
| 32. --Royalty Interest #6, Nicholas County, WV | | | | | | | | | |
| 33. --Royalty Interest #7, Nicholas County, WV | | | | | | | | | |
| 34. --Royalty Interest #8, Nicholas County, WV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Royalty Interest #9, Nicholas County, WV | | | | | | | | | |
| 36. --Royalty Interest #10, Randolph County, WV | | | | | | | | | |
| 37. --Royalty Interest #11, Randolph County, WV | | | | | | | | | |
| 38. --Royalty Interest #12, Randolph County, WV | | | | | | | | | |
| 39. --Royalty Interest #13, Randolph County, WV | | | | | | | | | |
| 40. --Royalty Interest #14, Randolph County, WV | | | | | | | | | |
| 41. --Royalty Interest #15, Randolph County, WV | | | | | | | | | |
| 42. --Royalty Interest #16, Braxton County, WV | | | | | | | | | |
| 43. --Royalty Interest #17, Braxton County, WV | | | | | | | | | |
| 44. --Royalty Interest #18, Braxton County, WV | | | | | | | | | |
| 45. --Royalty Interest #19, Braxton County, WV | | | | | | | | | |
| 46. --Royalty Interest #20, Braxton County, WV | | | | | | | | | |
| 47. --Royalty Interest #21, Braxton County, WV | | | | | | | | | |
| 48. --Royalty Interest #22, Braxton County, WV | | | | | | | | | |
| 49. --Royalty Interest #23, Braxton County, WV | | | | | | | | | |
| 50. --Royalty Interest #24, Nicholas County, WV | | | | | | | | | |
| 51. --Royalty Interest #25, Nicholas County, WV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   B B & T Account No. 1 | A | Interest | K | T | | | | | |
| 53.   B B & T Account No. 2 | B | Interest | N | T | Open | 09/18 | M | | |
| 54.   WV Media Partners | A | Int./Div. | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment                 T =Cash Market
   (See Column C2)             U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.

Line 1 and 2  Scudder Mt. Tax Free Fund.  The name was changed to DWS Intermediate Tax/AMT Free Fund-S.

Line 20.  This property's ownership was transferred to the filer■■■ in September, 2007.  The filer no longer owns this property.  The ● is independent of the filer.  There was no gain or loss on transaction

Lines 27-51.  This trust property was transferred to the filer■■■ on September 17, 2007 through an assignment.  The filer no longer owns this property.  The ● is independent of the filer.  There was no gain or loss on transaction.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R. | 05/06/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544